## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————————

### No. 97-31203

———————————

### DONALD WOLFE

**Petitioner-Appellant,**

**versus**

### BURL CAIN, Warden, Louisiana State Penitentiary;
### RICHARD IEYOUB, Attorney General, State of Louisiana

**Respondents-Appellees.**

———————————————————————————

### Appeal from the United States District Court
### for the Eastern District of Louisiana, New Orleans
### (97-CV-1161-G)

———————————————————————————

### April 20, 1999

Before GARWOOD, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Having reviewed the briefs and the record, and concluding, *inter alia*, that the claim at issue is procedurally barred, *see Muhleisen v. Ieyoub*, 168 F.3d 840, 843 (5th Cir. 1999), the denial of habeas relief is

*AFFIRMED.*

All pending motions are moot in light of the opinion.

———————————

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.